# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ORIGHOYE DENNIS IYONSI, | ) | CV 19-00432 DKW-RT |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING |
| vs. | ) | MAGISTRATE JUDGE'S |
| | ) | FINDINGS AND |
| UNITED STATES OF AMERICA , | ) | RECOMMENDATION |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on September 20, 2019 and served by email to Plaintiff on September 23, 2019 , and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss Complaint and Deny Application to Proceed in Forma Pauperis" , ECF No. 11, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: October 8, 2019 at Honolulu, Hawai'i.



_/s/ Derrick K. Watson_____
Derrick K. Watson
United States District Judge